AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**E-filing**

| | | |
|---|---|---|
| ORACLE AMERICA, INC. | ) | CV10 5604 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| MYRIAD GROUP AG | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

HRL

To: *(Defendant's name and address)* MYRIAD GROUP AG
1900 South Norfolk Street
Suite 260
San Mateo, CA 94403-1511


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JEFFREY M. SHOHET, Bar No. 067529
CHRISTOPHER J. BEAL, Bar No. 216579
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Helen L. Almacen

Date: DEC 1 0 2010

*Signature of Clerk or Deputy Clerk*