| | |
|---|---|
| 1 | JEFFREY M. SHOHET, Bar No. 067529 |
|   | jeffrey.shohet@dlapiper.com |
| 2 | CHRISTOPHER J. BEAL, Bar No. 216579 |
|   | cris.beal@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
|   | 401 B Street, Suite 1700 |
| 4 | San Diego, CA  92101-4297 |
|   | Tel:  619.699.2700 |
| 5 | Fax:  619.699.2701 |
| 6 | ELIZABETH ROGERS BRANNEN, Bar No. 226234 |
|   | elizabeth.brannen@oracle.com |
| 7 | 500 Oracle Parkway |
|   | Redwood City, CA 94065 |
| 8 | Tel: 650.506.5200 |
|   | Fax: 650.506.7114 |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | Oracle America, Inc. |

NC

**FILED**
DEC 14 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | CASE NO.  10-CV-5604-HRL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MYRIAD GROUP AG, | |
| Defendant. | |

DLA PIPER LLP (US)
SAN DIEGO

WEST\222855727.1

10-CV-5604-HRL

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper LLP (US), 401 B Street, Suite 1700, San Diego, California 92101-4297. On December 14, 2010, I served the within documents:

**DEMAND FOR TRIAL BY JURY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Kevin R. Sullivan, Esq.
King & Spalding
1700 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on December 14, 2010, at San Diego, California.

_____
Nathine W. Nelson

DLA PIPER LLP (US)
SAN DIEGO

WEST\222855727.1

10-CV-5604-HRL