AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| ORACLE AMERICA, INC. | ) | CV10 5604 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| MYRIAD GROUP AG | ) | |
| Defendant | ) | HRL |

E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MYRIAD GROUP AG
1900 South Norfolk Street
Suite 280
San Mateo, CA 94403-1511

FILED

DEC 14 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JEFFREY M. SHOHET, Bar No. 067529
CHRISTOPHER J. BEAL, Bar No. 216579
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Helen L. Almacen

Signature of Clerk or Deputy Clerk

Date: DEC 10 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-CV-5604 HRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MYRIAD GROUP AG__
was received by me on *(date)* __12/10/2010__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Malcolm Dawe, Chief Products Officer__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __MYRIAD GROUP AG__
_____ on *(date)* __12/10/2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __December 14, 2010__

_____
*Server's signature*

__JEFFREY M. SHOHET, PARTNER__
*Printed name and title*

DLA PIPER LLP US
401 B STREET SUITE 1700
SAN DIEGO, CA 92124
*Server's address*

Additional information regarding attempted service, etc: