AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ORACLE AMERICA, INC. | ) |
| *Plaintiff* | ) CV10 5604 |
| v. | ) Civil Action No. |
| MYRIAD GROUP AG | ) |
| *Defendant* | ) HRL |

E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MYRIAD GROUP AG
1600 South Norfolk Street
Suite 250
San Mateo, CA 94403-1511

**FILED**

DEC 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JEFFREY M. SHOHET, Bar No. 067529
CHRISTOPHER J. BEAL, Bar No. 216579
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Helen L. Almacen

Date: DEC 1 0 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* 12-10-2010

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Archie Thompson, who is
designated by law to accept service of process on behalf of *(name of organization)* Myriad Group AG
_____ on *(date)* 12-10-2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-20-2010                    _____
                                     *Server's signature*

                                     Scott Lara
                                     *Printed name and title*


                                     657 Mission St. #502 San Francisco,
                                     *Server's address*           CA 94105

Additional information regarding attempted service, etc:



| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297 | (619) 699-2936 | |
| Attorneys for: ORACLE AMERICA, INC. | Ref. No. Or File No.<br>W2569666 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ORACLE AMERICA, INC., et al. | | |
| Defendant:<br>MYRIAD GROUP AG, etc., et al. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV10 5604 HRL |
|---|---|---|---|---|

I, Scott Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ORACLE AMERICA, INC.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : MYRIAD GROUP AG |
| By Serving | : ARCHIE THOMPSON, Senior Manager Professional Services/Authorized to Accept Service of Process |
| Address | : 1900 South Norfolk Street, Suite 260 ; San Mateo, California 94403 |
| Date & Time | : Friday, December 10, 2010 @ 2:00 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Scott Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 1126
  (3) County: San Francisco
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 10, 2010           Signature: _____
                                                    Scott Lane


Printed on recycled paper