JEFFREY M. SHOHET, Bar No. 067529
jeffrey.shohet@dlapiper.com
CHRISTOPHER J. BEAL, Bar No. 216579
cris.beal@dlapiper.com
AMANDA C. FITZSIMMONS, Bar No. 258888
amanda.fitzsimmons@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Plaintiff
Oracle America, Inc.

GEOFFREY M. EZGAR, Bar No. 184243
gezgar@kslaw.com
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

Attorney for Defendant
Myriad Group AG

[Additional Counsel Appear on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | CASE NO.  10-CV-5604-SBA |
| Plaintiff, | **STIPULATION AND REQUEST TO MODIFY DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| MYRIAD GROUP AG, | |
| Defendant. | |

1    On December 10, 2010, Oracle America, Inc. ("Oracle") filed the instant complaint

2  against Myriad Group A.G. ("Myriad").  Later that day, Myriad filed a complaint against Oracle

3  in the United States District Court, District of Delaware (the "Delaware Action").  *See Myriad*

4  *Group AG v. Oracle America, Inc.*, Case No. 10-1087 (D.C. Del. Dec. 10, 2010).  Oracle believes

5  that the actions are related and on January 3, 2011, filed a motion pursuant to the first-to-file rule

6  and 28 U.S.C. § 1404(a) in the Delaware District Court requesting that the District of Delaware

7  dismiss Myriad's Complaint with leave for Myriad to replead it in this action, or transfer the

8  Delaware Action to this Court for consolidation with this action as soon as practicable.  Also on

9  January 3, 2011, Myriad filed in this action a motion to dismiss Oracle's Complaint and/or quash

10  service of process alleging the service of process is invalid or, in the alternative, for an order

11  staying this action and compelling arbitration on the ground that Oracle's claims are governed by

12  an arbitration clause.  On January 4, 2011, Myriad filed a motion in the Delaware action, seeking

13  a preliminary injunction ordering Oracle to provide access to some of the materials subject to the

14  disputed licenses during the pendency of the litigation.

15    The parties believe a resolution of Oracle's venue motion and Myriad's motion to dismiss

16  or stay this California action are appropriate to define the issues to be tried in this Court and the

17  scope of discovery before proceeding with the matters covered by this stipulation.  For these

18  reasons, the parties, pursuant to N.D. Cal. Civil L.R. 7-12 and 16-2, hereby stipulate and

19  respectfully request that the Court enter an order modifying the initial case management

20  conference schedule and ADR deadlines as follows:

21    1.    The parties need not take any of the following actions, which currently are

22  required on or before January 11, 2011, until the later of (i) 14 days after this Court's decision on

23  Myriad's Motion to Dismiss or Stay this action; and (ii) 14 days after the Delaware court's

24  decision on Oracle's motion to dismiss or transfer the Delaware action:

25    (a)    Meet and confer regarding initial disclosures, early settlement, ADR

26      process selection, and a discovery plan;

27    (b)    File an ADR Certification signed by parties and counsel; and

28    (c)    File either a Stipulation or ADR Process or a Notice of Need for ADR

1    Phone Conference.

2    2.    The parties need not take any of the following actions, which currently are

3    required on or before January 25, 2011, until 30 days after the entry of the last filed of the orders

4    identified in the preceding paragraph:

5         (a)    File a Rule 26(f) Report;

6         (b)    Complete initial disclosures or state objections; and

7         (c)    File a Case Management Statement.

8    3.    The parties request that the Court continue the initial case management conference

9    in this matter, currently set for April 21, 2011 at 3:30 p.m., until a date to be set by the Court, but

10   no earlier than 60 days after the entry of the last filed of the orders identified in paragraph 1,

11   above.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  January 11, 2011

2                                         DLA PIPER LLP (US)

3
                                         By: /s/ Jeffrey M. Shohet
4                                             Jeffrey M. Shohet, Bar No. 067529
                                              jeffrey.shohet@dlapiper.com
5                                             Christopher J. Beal, Bar No. 216579
                                              cris.beal@dlapiper.com
6                                             Amanda C. Fitzsimmons, Bar No. 258888
                                              amanda.fitzsimmons@dlapiper.com
7                                             401 B Street, Suite 1700
                                              San Diego, CA  92101-4297
8                                             Tel:  619.699.2700
                                              Fax:  619.699.2701
9
                                              Elizabeth Rogers Brannen, Bar No. 226234
10                                            elizabeth.brannen@oracle.com
                                              500 Oracle Parkway
11                                            Redwood City, CA 94065
                                              Tel: 650.506.5200
12                                            Fax: 650.506.7114

13                                            Attorneys for Plaintiff
                                              Oracle America, Inc.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  January 11, 2011

2                                        KING & SPALDING LLP

3
                                        By:  /s/ Geoffrey M. Ezgar
4                                            Geoffrey M. Ezgar, Bar No. 184243
                                             gezgar@kslaw.com
5                                            101 Second Street
                                             Suite 2300
6                                            San Francisco, CA 94105
                                             Telephone: (415) 318-1200
7                                            Facsimile:  (415) 318-1300

8                                            Kevin R. Sullivan (*Pro Hac Vice Pending*)
                                             krsullivan@kslaw.com
9                                            Timothy J. Sullivan (*Pro Hac Vice
                                             Pending*)
10                                           tjsullivan@kslaw.com
                                             1700 Pennsylvania Ave., NW
11                                           Suite 200
                                             Washington, D.C. 20006-4707
12                                           Telephone: (202) 737-0500
                                             Facsimile:  (202) 626-3737
13
                                             Brian White (*Pro Hac Vice Pending*)
14                                           bwhite@kslaw.com
                                             1180 Peachtree Street
15                                           Atlanta, GA 30309
                                             Telephone:  (404) 572-4600
16                                           Facsimile: (404) 572-5100

17                                           Attorneys for Defendant
                                             Myriad Group AG
18

19
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
20
            IT IS FURTHER ORDERED THAT the Case Management Conference scheduled for
21
     April 21, 2011 is CONTINUED to **June 1, 2011 at 2:30 p.m.**  Prior to the date scheduled for
22
     the conference, the parties shall meet and confer and prepare a joint Case Management
23
     Conference Statement.  The joint statement shall be filed no later than five (5) days prior
24
     to the conference and shall comply with the Standing Order for All Judges of the Northern
25
     District of California and the Standing Order of this Court.  Plaintiff shall be responsible
26
     for filing the statement as well as for arranging the conference call.  All parties shall be on
27
     the line and shall call (510) 637-3559 at the above indicated date and time.
28

DLA PIPER LLP (US)
SAN DIEGO                  WEST\222928026.2

1       IT IS SO ORDERED.

2   Date:   1-12-11

3                                                    _____
                                                     Hon. Saundra Brown Armstrong
4                                                    U.S. District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28