GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:   (415) 318-1300

KEVIN R. SULLIVAN (*Admitted Pro Hac Vice*)
krsullivan@kslaw.com
TIMOTHY J. SULLIVAN (*Admitted Pro Hac Vice*)
tjsullivan@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Telephone:  (202) 737-0500
Facsimile:   (202) 626-3737

BRIAN A. WHITE (*Admitted Pro Hac Vice*)
bwhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5100

Attorneys for Defendant
Myriad Group A.G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>           Plaintiff,<br><br>v.<br><br>MYRIAD GROUP A.G.<br><br>           Defendant. | Case No. 10-CV-5604-SBA<br><br>Hon. Judge Saundra Brown Armstrong<br><br>**NOTICE OF APPEAL**<br><br>Date:  N/A<br>Time:  N/A<br>Place:  N/A |

Notice is hereby given that pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(A) and (C), Defendant Myriad Group A.G. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying in part Defendant's Alternative Motion to Stay Action and Compel Arbitration entered in this action on September 1, 2011 (Docket Entry No. 42).

DATED:  September 12, 2011

KING & SPALDING LLP

By: /s/ Geoffrey M. Ezgar
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:   (415) 318-1300

KEVIN R. SULLIVAN (*Admitted Pro Hac Vice*)
krsullivan@kslaw.com
TIMOTHY J. SULLIVAN (*Admitted Pro Hac Vice*)
tjsullivan@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Telephone:  (202) 737-0500
Facsimile:   (202) 626-3737

BRIAN A. WHITE (*Admitted Pro Hac Vice*)
bwhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
Myriad Group, A.G.