GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

KEVIN R. SULLIVAN (*Admitted Pro Hac Vice*)
krsullivan@kslaw.com
TIMOTHY J. SULLIVAN (*Admitted Pro Hac Vice*)
tjsullivan@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

BRIAN A. WHITE (*Admitted Pro Hac Vice*)
bwhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant Myriad Group A.G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. 10-CV-5604-SBA |
| Plaintiff, | Hon. Judge Saundra Brown Armstrong |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUPPLEMENTAL BRIEFING IN RESPONSE TO COURT'S JANUARY 17, 2012 ORDER** |
| MYRIAD GROUP A.G. | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUPPLEMENTAL BRIEFING, Case No. 10-CV-5604-SBA

WHEREAS, on January 17, 2012, this Court issued an Order Granting Plaintiff Oracle America, Inc.'s Motion for Preliminary Injunction, by which it ordered Oracle and Defendant Myriad Group AG to meet and confer regarding a stay of this action and the arbitration of Oracle's breach of contract claim;

WHEREAS, if the parties did not reach agreement, the Court ordered supplemental briefing on Myriad's Motion for Stay Pending Appeal and Oracle's request to stay the arbitration of the contract claim by Friday, January 27, 2012;

WHEREAS, the parties have met and conferred, but have not reached an agreement;

WHEREAS, the parties agree to an extension of the Court's deadline;

WHEREAS, in accordance with L.R. 6.2(a)(1), the parties seek an extension in order to further discuss a stay of the instant action and the arbitration, and potentially avoid unnecessary briefing;

WHEREAS, in accordance with L.R. 6.2(a)(2), the parties declare that time has been modified in this action as follows: by Court Order dated December 29, 2010, the Case Management Conference (CMC) was rescheduled from February 1, 2011 to April 21, 2011; by Stipulation and Court Order dated January 12, 2011, the CMC was continued to June 1, 2011; by Clerk's Notice dated May 25, 2011, the CMC was continued to July 28, 2011; by Clerk's Notice dated August 5, 2011, the CMC was continued to September 7, 2011; by Court Order dated September 1, 2011, the CMC was continued to November 2, 2011; by Clerk's Notice dated October 25, 2011, the CMC was continued to January 10, 2012; by Stipulation dated November 17, 2011, Myriad's deadline for an Answer to Oracle's Complaint was extended to December 2, 2011; and by Court Order dated January 5, 2012, the CMC was continued to a date to be set by the Court upon resolution of Myriad's Motion to Stay Pending Appeal;

WHEREAS, in accordance with L.R. 6.2(a)(3), because no case management conference is scheduled and no scheduling order is in place, and because the parties may potentially stay the instant action, this extension will not effect the schedule for this action;

**THE PARTIES HEREBY STIPULATE** that the deadline for supplemental briefing on Myriad's Motion to Stay Pending Appeal and Oracle's request to stay arbitration of the breach of contract claim be extended to Friday, February 3, 2012.

| DLA PIPER LLP (US) | KING & SPALDING LLP |
|---|---|

By /s/ Jeffrey M. Shohet
   JEFFREY M. SHOHET
   CHRISTOPHER J. BEAL
   AMANDA C. FITZSIMMONS
   Attorneys for Plaintiff
   Oracle America, Inc.

By /s/ Geoffrey M. Ezgar
   GEOFFREY M. EZGAR
   KEVIN R. SULLIVAN
   TIMOTHY J. SULLIVAN
   BRIAN A. WHITE
   Attorneys for Defendant
   Myriad Group AG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 27, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

## **DECLARATION OF AUTHORITY TO SIGN**

In accordance with General Order No. 45.X, I, Geoffrey M. Ezgar, attest that concurrence in the filing of the document has been obtained from Jeffrey M. Shohet.


DATED: January 27, 2012

KING & SPALDING LLP


By: Geoffrey M. Ezgar  _____

GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:   (415) 318-1300

KEVIN R. SULLIVAN (*Admitted Pro Hac Vice*)
krsullivan@kslaw.com
TIMOTHY J. SULLIVAN (*Admitted Pro Hac Vice*)
tjsullivan@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Telephone:  (202) 737-0500
Facsimile:   (202) 626-3737

BRIAN A. WHITE (*Admitted Pro Hac Vice*)
bwhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 572-4600
Facsimile:    (404) 572-5100

Attorneys for Defendant
Myriad Group, A.G.