UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MYRIAD GROUP AG, <br><br> Defendant. | Case No:  C 10-05604 SBA <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT:

1. The parties shall appear for telephonic Case Management Conference on <u>September 4, 2013, at 3:00 p.m.</u>

2. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  <u>See</u> http://www.cand.uscourts.gov/sbaorders.

3. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line.  The parties may use CourtCall or a similar service to set up the call, but are not required to do so.   NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  August 23, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge