# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYRIAD GROUP AG, <br><br> Defendant. | Case No. 4:10-cv-05604 SBA (NC) <br><br> **ORDER SETTING SETTLEMENT CONFERENCE** |

This case was referred to this Court by District Judge Sandra Brown Armstrong for a settlement conference. The conference will be held on **October 11, 2013 at 9:30 a.m.** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 415.522.2039. Please see this Court's Settlement Conference Standing Order for more information.

IT IS SO ORDERED.

DATED: September 18, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge