UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MYRIAD GROUP AG, <br><br> Defendant. | Case No: C 10-05604 SBA <br><br> **ORDER ENLARGING DEADLINE TO COMPLETE MANDATORY SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Dkt. 89 |

Pursuant to the stipulation of the parties, the deadline for the mandatory settlement conference is ENLARGED to October 11, 2013, or such other date that Magistrate Judge Cousins deems appropriate to conduct a meaningful and productive settlement conference. The telephonic Case Management Conference scheduled for October 10, 2013, is CONTINUED to **October 31, 2013, at 2:45 p.m.** At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 89.

IT IS SO ORDERED.

Dated: September 24, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge