| | |
|---|---|
| JEFFREY M. SHOHET, Bar No. 067529<br>jeffrey.shohet@dlapiper.com<br>BROOKE KILLIAN KIM, Bar No. 239298<br>brooke.kim@dlapiper.com<br>AMANDA FITZSIMMONS, Bar No. 258888<br>amanda.fitzsimmons@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel:  619.699.2700<br>Fax:  619.699.2701 | GEOFFREY M. EZGAR, Bar No. 184243<br>gezgar@kslaw.com<br>**KING & SPALDING LLP**<br>101 Second Street<br>Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300<br><br>Attorneys for Defendant<br>Myriad Group AG |
| CEDRIC CHAO, Bar No. 076045<br>cedric.chao@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel: 415.836.2500<br>Fax: 415.836.2501 | [Additional Counsel Appear on Signature Pages] |

LESLEY E. KOTHE, Bar No. 209512
lesley.kothe@oracle.com
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City, CA 94065
Tel: 650.506.5200
Fax: 650.506.7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MYRIAD GROUP AG,<br><br>　　　　　　Defendant. | CASE NO.  10-CV-5604-SBA<br><br>**STIPULATION AND  ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**DATE:** December 12, 2013<br>**TIME:** 3:30 p.m. |

WHEREAS the Court has set a Case Management Conference ("CMC") for December 12, 2013 at 3:30 p.m. (Dkt. 107);

WHEREAS the parties have made significant and promising progress in their settlement discussions;

THE PARTIES HEREBY STIPULATE, subject to approval of the Court, that the CMC currently set for December 12, 2013 be continued to January 9, 2014 or as soon thereafter as may be convenient to the Court.

| Dated: December 12, 2013 | Dated: December 12, 2013 |
|---|---|
| DLA PIPER LLP (US) | KING & SPALDING LLP |
| By: s/ Jeffrey M. Shohet<br>　　JEFFREY M. SHOHET<br>　　CEDRIC CHAO<br>　　BROOKE KILLIAN KIM<br>　　AMANDA FITZSIMMONS | By: s/ Brian A. White<br>　　GEOFFREY M. EZGAR<br>　　SCOTT T. WEINGAERTNER<br>　　BRIAN A. WHITE<br>　　TIMOTHY J. SULLIVAN |
| Attorneys for Plaintiff<br>Oracle America, Inc. | Attorneys for Defendant<br>Myriad Group AG |

PURSUANT TO STIPULATION, IT IS SO ORDERED.
　　The Telephonic Case Management Conference currently set for December 12, 2013 at 3:30 p.m. is continued to January 15, 2014, at 3:00 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Date: 12/12/2013

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court