UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MYRIAD GROUP AG, <br><br> Defendant. | Case No: C 10-05604 SBA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE** |

Based on its review of the parties' Case Management Statements and recent update filed on January 8, 2014, the Court finds it appropriate to set a briefing schedule regarding the parties' respective positions on the implementation of the Ninth Circuit's mandate and the status of the injunction previously entered by the Court. Accordingly,

IT IS HEREBY ORDERED THAT:

1. By no later than **February 12, 2014**, the parties shall simultaneously file briefs relating to the terms of the Order they propose the Court should enter pursuant to the Ninth Circuit mandate, including any terms relating to the lifting of the injunction. Response briefs shall be filed by no later than **February 26, 2014**. No replies shall be submitted unless otherwise ordered by the Court. The briefs shall not exceed ten (10) pages. The opening briefs shall be accompanied by a proposed order.

2. The telephonic Case Management Conference currently scheduled for January 15, 2013 is CONTINUED to **March 26, 2014 at 3:15 p.m.** At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. The parties may use CourtCall or a similar service to set up the call. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 1/15/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge