JEFFREY M. SHOHET, Bar No. 067529
jeffrey.shohet@dlapiper.com
BROOKE KILLIAN KIM, Bar No. 239298
brooke.kim@dlapiper.com
AMANDA FITZSIMMONS, Bar No. 258888
amanda.fitzsimmons@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

CEDRIC CHAO, Bar No. 076045
cedric.chao@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

LESLEY E. KOTHE, Bar No. 209512
lesley.kothe@oracle.com
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City, CA 94065
Tel: 650.506.5200
Fax: 650.506.7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | CASE NO.  10-CV-5604-SBA |
| Plaintiff, | **ORDER** |
| v. | |
| MYRIAD GROUP AG, | |
| Defendant. | |

1       Before this Court is the Administrative Motion of Plaintiff Oracle America, Inc.

2 ("Oracle") seeking leave of the Court to file under seal materials submitted in connection with *In*

3 *the Matter of the Arbitration Act 1996 In the Matter of an Arbitration in London, England Under*

4 *the UNCITRAL Arbitration Rules Administered by the American Arbitration Association's*

5 *International Centre for Dispute Resolution Between Myriad Group AG and Oracle America, Inc.*

6 (ICDR Case No. 50 117 T 00545 11).  Having reviewed the papers, and good cause shown, the

7 Court hereby GRANTS Oracle's motion for leave to file the following documents under seal:

| Documents To Be Filed Under Seal |
|---|
| (1) Myriad's Submission Concerning Bifurcation, submitted in Arbitration on October 14, 2013, attached as Exhibit A to the Declaration of Jeffrey M. Shohet In Support of Oracle's Brief Re: Open Case Management Issues (in its entirety). |
| (2) Myriad's Statement of Claim, submitted in Arbitration on December 19, 2013, attached as Exhibit D to the Declaration of Jeffrey M. Shohet In Support of Oracle's Brief Re: Open Case Management Issues (in its entirety). |

16 IT IS HEREBY ORDERED.

17                                                */s/ Saundra B. Armstrong*
                                           UNITED STATES DISTRICT COURT JUDGE