| | |
|---|---|
| JEFFREY M. SHOHET, Bar No. 067529<br>jeffrey.shohet@dlapiper.com<br>BROOKE KILLIAN KIM, Bar No. 239298<br>brooke.kim@dlapiper.com<br>AMANDA FITZSIMMONS, Bar No. 258888<br>amanda.fitzsimmons@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel:     619.699.2700<br>Fax:    619.699.2701 | GEOFFREY M. EZGAR, Bar No. 184243<br>gezgar@kslaw.com<br>**KING & SPALDING LLP**<br>101 Second Street<br>Suite 2300<br>San Francisco, CA 94105<br>Telephone:  415.318.1200<br>Facsimile:   415.318.1300<br><br>Attorneys for Defendant<br>Myriad Group AG |
| LESLEY E. KOTHE, Bar No. 209512<br>lesley.kothe@oracle.com<br>**ORACLE AMERICA, INC.**<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel:     650.506.5200<br>Fax:    650.506.7114<br><br>Attorneys for Plaintiff<br>Oracle America, Inc. | [Additional Counsel Appear on Signature Pages] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MYRIAD GROUP AG,<br><br>        Defendant. | CASE NO.  10-CV-5604-SBA<br><br>**STIPULATION AND REQUEST TO CONFIRM THE VACATION OF THE COURT'S JANUARY 17, 2012 ORDER, OR TO VACATE IT NOW** |

WHEREAS on January 17, 2012 the Court issued an Order Granting Oracle America, Inc.'s ("Oracle") Motion for Preliminary Injunction (the "Injunction") enjoining Myriad Group AG ("Myriad") from taking certain steps relating to the arbitration, entitled *In the Matter of the Arbitration Act 1996 In the matter of an Arbitration in London, England Under the UNCITRAL Arbitration Rules Administered by the American Arbitration Association's International Centre for Dispute Resolution Between Myriad Group AG and Oracle America, Inc.*, (ICDR Case No. 50 117 T 00545 11), (hereinafter the "Arbitration") (Dkt. 69);

WHEREAS, the Court entered an order on February 6, 2012, pursuant to a stipulation of the parties, staying the arbitration and the litigation in this Court pending the outcome of Myriad's appeal;

WHEREAS, pursuant to this Court's order of February 6, 2012, the stay of the arbitration and the litigation was lifted on August 31, 2013, and either party was at that point "free to pursue all appropriate courses of action, subject to further orders of the respective courts or arbitrator."

WHEREAS, Oracle has contended that this Injunction is still in force because the Court has not entered a "further order" lifting its injunction[1];

WHEREAS, Myriad contends that this Injunction is no longer in force, *inter alia*,[2] because the Court entered a further order stating that the stay of the arbitration was lifted on August 31, 2013; at that point Myriad was free to pursue any appropriate course subject to further order of the court or arbitrator; and the arbitrator has issued further orders concerning the conduct of the arbitration with which Myriad is complying (Dkt. 73);

WHEREAS, the Arbitration is under the administration of the American Arbitration Association's International Centre for Dispute Resolution, and the Sole Arbitrator presiding over the Arbitration has entered orders concerning the timetable and procedures for certain aspects of the Arbitration;

/////

---

[1] Oracle does not concede that the parties' stipulation, which the Court entered as an order on February 6, 2012, constitutes a "further order" lifting the injunction.

[2] Myriad contends that there are other reasons why the injunction was lifted but because the parties agree that the injunction either has been lifted or should be lifted now, it is not necessary to set all such reasons out in detail.

THE PARTIES HEREBY STIPULATE as follows:

1. The parties jointly request an order from this Court confirming that the Injunction has been vacated or, if it has not been vacated, vacating it now.

Dated: March 28, 2014

DLA PIPER LLP (US)

By:   /s/ Jeffrey M. Shohet
   JEFFREY M. SHOHET
   BROOKE KILLIAN KIM
   AMANDA FITZSIMMONS

Attorneys for Plaintiff
Oracle America, Inc.

Dated: March 28, 2014

KING & SPALDING LLP

By:   /s/ Brian A. White
   GEOFFREY M. EZGAR
   SCOTT T. WEINGAERTNER
   BRIAN A. WHITE
   TIMOTHY J. SULLIVAN

Attorneys for Defendant
Myriad Group AG

O R D E R

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date: 4/1/2014

*[signature]*
Hon. Saundra Brown Armstrong
U.S. District Court

WEST\247600956.1

2
STIPULATION AND REQUEST TO CONFIRM THE VACATION OF THE COURT'S
JANUARY 17, 2012 ORDER, OR TO VACATE IT NOW (10-CV-5604-SBA)