**In the United States District Court
for the Northern District of California
Magistrate Judge Nathanael Cousins**

CIVIL MINUTES

Date:          April 14, 2014

Case No:       **4:12-cv-05604 SBA (NC)**

Case Name:  Oracle America, Inc. v. Myriad Group AG

   Deputy Clerk:  Lili M. Harrell           Time:   40 min

   Counsel for Plaintiff:    Jeffrey Shohet, Amanda Fitzsimmons, Brooke Kim
   Counsel for Defendant:  Brian White, Scott Weingaertner, Tim Sullivan

---

**PROCEEDINGS**

[ ]   SETTLEMENT CONFERENCE          [x]   FURTHER SETTLEMENT CONFERENCE SESSIONS HELD on 4/14/2014

   []   Case settled

   []   Did not settle

   []   Partial settlement

   []   Settlement Conference continued

ORDERED AFTER HEARING:   Discussions continue; no further conference scheduled at this time.

CASE CONTINUED TO:_  FOR _

Notes:

cc: