| | | |
|---|---|---|
|1| JEFFREY M. SHOHET, Bar No. 067529<br>jeffrey.shohet@dlapiper.com | GEOFFREY M. EZGAR, Bar No. 184243<br>gezgar@kslaw.com |
|2| BROOKE KILLIAN KIM, Bar No. 239298<br>brooke.kim@dlapiper.com | **KING & SPALDING LLP**<br>101 Second Street |
|3| AMANDA FITZSIMMONS, Bar No. 258888<br>amanda.fitzsimmons@dlapiper.com | Suite 2300<br>San Francisco, CA 94105 |
|4| **DLA PIPER LLP (US)**<br>401 B Street, Suite 1700 | Telephone:   (415) 318-1200<br>Facsimile:    (415) 318-1300 |
|5| San Diego, CA 92101-4297<br>Tel:    619.699.2700 | Attorneys for Defendant |
|6| Fax:   619.699.2701 | Myriad Group AG |
|7| LESLEY E. KOTHE, Bar No. 209512<br>lesley.kothe@oracle.com | [Additional Counsel Appear on Signature Pages] |
|8| **ORACLE AMERICA, INC.**<br>500 Oracle Parkway | |
|9| Redwood City, CA 94065<br>Tel:    650.506.5200 | |
|10| Fax:   650.506.7114 | |
|11| Attorneys for Plaintiff<br>Oracle America, Inc. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYRIAD GROUP AG,<br><br>　　　　　Defendant. | CASE NO. 10-CV-5604-SBA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER GRANTING ADMINISTRATIVE<br>MOTIONS TO SEAL** |

Case4:10-cv-05604-SBA   Document164   Filed05/06/14   Page2 of 3

1    WHEREAS the Court convened a Case Management Conference ("CMC") on May 1, 2014, wherein the Parties were requested to submit an omnibus stipulation to approve the pending administrative motions to seal;

WHEREAS the parties have conferred and agree that the following administrative motions to file documents under seal have not been opposed, and therefore, pursuant to paragraph C.6 of Your Honor's Standing Orders, should be approved:

- Myriad Group A.G.'s Administrative Motion for Leave to File Documents Under Seal (Dkt. No. 97);
- Myriad Group A.G.'s Administrative Motion for Leave to File Documents Under Seal (Dkt. No. 121);
- Administrative Motion of Oracle America, Inc. for Leave to File Under Seal Documents and Portions of *Ex Parte* Motion (Dkt. No. 123);
- Administrative Motion of Oracle America, Inc. for Leave to File Under Seal (Dkt. No. 125);
- Administrative Motion of Oracle America, Inc. for Leave to File Document Under Seal (Dkt. No. 139);
- Myriad Group A.G.'s Administrative Motion for Leave to File Documents Under Seal (Dkt. No. 141);
- Administrative Motion of Oracle America, Inc. for Leave to File Under Seal Documents and Portions of Opposition Motion (Dkt. No. 150);
- Administrative Motion of Oracle America, Inc. for Leave to File Under Seal Documents and Portions of Reply in Support of *Ex Parte* Motion for (1) Temporary Restraining Order; (2) Order to Show Cause Regarding Preliminary Injunction; and (3) Expedited Discovery and Supporting Documents (Dkt. No. 152);
- Administrative Motion of Oracle America, Inc. for Leave to File Under Seal (Dkt. No. 154).

/ / / / /

Case4:10-cv-05604-SBA Document164 Filed05/06/14 Page3 of 3

- Myriad Group A.G.'s Administrative Motion for Leave to File Documents Under Seal (Dkt. No. 158).

THE PARTIES HEREBY STIPULATE, subject to approval of the Court, that the above-referenced motions should be granted and the documents sealed accordingly.

Dated: May 6, 2014

DLA PIPER LLP (US)

By: s/ Jeffrey M. Shohet
JEFFREY M. SHOHET
BROOKE KILLIAN KIM
AMANDA FITZSIMMONS

Attorneys for Plaintiff
Oracle America, Inc.

Dated: May 6, 2014

KING & SPALDING LLP

By: s/ Brian A. White
GEOFFREY M. EZGAR
SCOTT T. WEINGAERTNER
BRIAN A. WHITE
TIMOTHY J. SULLIVAN

Attorneys for Defendant
Myriad Group AG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The above-referenced administrative motions (Dkt. Nos. 97, 121, 123, 125, 139, 141, 150, 152, 154, and 158) are hereby GRANTED and the content shall be sealed accordingly.

Date: 5-7-14

Hon. Saundra Brown Armstrong
U.S. District Court