| | |
|---|---|
| JEFFREY M. SHOHET, Bar No. 067529 | GEOFFREY M. EZGAR, Bar No. 184243 |
| jeffrey.shohet@dlapiper.com | gezgar@kslaw.com |
| BROOKE KILLIAN KIM, Bar No. 239298 | **KING & SPALDING LLP** |
| brooke.kim@dlapiper.com | 101 Second Street |
| AMANDA FITZSIMMONS, Bar No. 258888 | Suite 2300 |
| amanda.fitzsimmons@dlapiper.com | San Francisco, CA 94105 |
| **DLA PIPER LLP (US)** | Telephone: (415) 318-1200 |
| 401 B Street, Suite 1700 | Facsimile:  (415) 318-1300 |
| San Diego, CA  92101-4297 | |
| Tel:  619.699.2700 | Attorneys for Defendant |
| Fax:  619.699.2701 | Myriad Group AG |

RUCHIKA AGRAWAL, Bar No. 246058     [Additional Counsel Appear on Signature Pages]
ruchika.agrawal@oracle.com
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City, CA 94065
Tel: 650.506.5200
Fax: 650.506.7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | CASE NO.  10-CV-5604-SBA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| MYRIAD GROUP AG, | DATE:   July 30, 2014 |
| Defendant. | TIME:   3:15 p.m. |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
(10-CV-5604-SBA)

1    WHEREAS the Court has set a Case Management Conference ("CMC") for July 30, 2014 at 3:15 p.m. (Dkt. 173);

WHEREAS the parties will be engaged in a hearing in London, United Kingdom, in the arbitration styled *In the Matter of the Arbitration Act 1996 In the Matter of an Arbitration in London, England Under the UNCITRAL Arbitration Rules Administered by the American Arbitration Association's International Centre for Dispute Resolution Between Myriad Group AG and Oracle America, Inc.* (ICDR Case No. 50 117 T 00545 11) (the "Arbitration"), which is to begin on July 21, 2014, and may last until July 28, 2014;

THE PARTIES HEREBY STIPULATE, subject to approval of the Court, that the CMC currently set for July 30, 2014 be continued to August 19, 2014 or as soon thereafter as may be convenient to the Court.

Dated: July 18, 2014

DLA PIPER LLP (US)

By: s/ Jeffrey M. Shohet
   JEFFREY M. SHOHET
   BROOKE KILLIAN KIM
   AMANDA FITZSIMMONS

Attorneys for Plaintiff
Oracle America, Inc.

Dated: July 18, 2014

KING & SPALDING LLP

By: s/ Brian A. White
   GEOFFREY M. EZGAR
   SCOTT T. WEINGAERTNER
   BRIAN A. WHITE
   TIMOTHY J. SULLIVAN

Attorneys for Defendant
Myriad Group AG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference currently set for July 30, 2014 at 3:15 p.m. is continued to **August 20, 2014**, at **3:00 p.m**.

Date: 7/21/2014

Hon. Saundra Brown Armstrong
U.S. District Court

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
(10-CV-5604-SBA)