| | |
|---|---|
| JEFFREY M. SHOHET, Bar No. 067529<br>jeffrey.shohet@dlapiper.com<br>BROOKE KILLIAN KIM, Bar No. 239298<br>brooke.kim@dlapiper.com<br>AMANDA FITZSIMMONS, Bar No. 258888<br>amanda.fitzsimmons@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel:  619.699.2700<br>Fax:  619.699.2701 | GEOFFREY M. EZGAR, Bar No. 184243<br>gezgar@kslaw.com<br>**KING & SPALDING LLP**<br>101 Second Street<br>Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300<br><br>Attorneys for Defendant<br>Myriad Group AG |
| RUCHIKA AGRAWAL, Bar No. 246058<br>ruchika.agrawal@oracle.com<br>**ORACLE AMERICA, INC.**<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Tel: 650.506.5200<br>Fax: 650.506.7114<br><br>Attorneys for Plaintiff<br>Oracle America, Inc. | [Additional Counsel Appear on Signature Pages] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>MYRIAD GROUP AG,<br><br>            Defendant. | CASE NO.  10-CV-5604-SBA<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>DATE:     August 20, 2014<br>TIME:     3 p.m. |

1    WHEREAS the Court has set a Case Management Conference ("CMC") for August 20, 2014 at 3 p.m. (Dkt. 179);

WHEREAS the parties attended a hearing on jurisdiction and waiver in London, United Kingdom, in the arbitration styled *In the Matter of the Arbitration Act 1996 In the Matter of an Arbitration in London, England Under the UNCITRAL Arbitration Rules Administered by the American Arbitration Association's International Centre for Dispute Resolution Between Myriad Group AG and Oracle America, Inc.* (ICDR Case No. 50 117 T 00545 11) (the "Arbitration"), which concluded on July 28, 2014;

WHEREAS the Tribunal presiding over the Arbitration is currently preparing an award on jurisdiction and waiver, and the parties do not anticipate the Tribunal to issue its award prior to the currently scheduled CMC;

THE PARTIES HEREBY STIPULATE, subject to approval of the Court, that the CMC currently set for August 20, 2014 be continued to September 24, 2014 or as soon thereafter as may be convenient to the Court.

| | |
|---|---|
| Dated: August 11, 2014 | Dated: August 11, 2014 |
| DLA PIPER LLP (US) | KING & SPALDING LLP |
| By: s/ Jeffrey M. Shohet<br>JEFFREY M. SHOHET<br>BROOKE KILLIAN KIM<br>AMANDA FITZSIMMONS | By: s/ Brian A. White<br>GEOFFREY M. EZGAR<br>SCOTT T. WEINGAERTNER<br>BRIAN A. WHITE<br>TIMOTHY J. SULLIVAN |
| Attorneys for Plaintiff<br>Oracle America, Inc. | Attorneys for Defendant<br>Myriad Group AG |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference currently set for August 20, 2014 at 3 p.m. is continued to September 24, 2014, at 3:30 p.m.

Date: 8/12/2014

*/s/ Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
U.S. District Court