UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MYRIAD GROUP AG, <br><br> Defendant. | Case No: C 10-5604 SBA <br><br> **ORDER WITHDRAWING REFERENCE AND RE-REFERRING MATTER PURSUANT TO ADR LOCAL RULE 2-4** |

Pursuant to Civil Local Rule 72-1, the Court previously referred Myriad Group A.G.'s ("Myriad") Motion to Strike and Request for Sanctions to Magistrate Judge Donna Ryu ("Judge Ryu") for a report and recommendation. (Dkt. 142, 168.) Given the nature of the dispute raised by Myriad in its motion (Dkt. 142), and the importance of maintaining confidentiality, the court hereby WITHDRAWS the referral to Judge Ryu for preparation of a report and recommendation (Dkt. 168), and RE-REFERS the matter to Judge Ryu to be handled as if it were a complaint pursuant to ADR Local Rule 2-4, notwithstanding the fact that Myriad complains of an alleged breach pursuant to ADR Local Rule 7-5. The parties shall await further instructions from Judge Ryu.

IT IS SO ORDERED.

Dated: August 25, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge