IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C 10-05604 SBA |
| Plaintiff, | ORDER OF APPOINTMENT |
| v. | |
| MYRIAD GROUP AG, | |
| Defendant. | |

Pursuant to ADR Local Rule 2-2, Magistrate Judge Donna M. Ryu is appointed to hear and determine the matter referred to Judge Ryu in Docket No. 184.

Dated: 8/27/2014

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef; DMR; SBA