<div style="text-align: left; writing-mode: vertical-rl;">United States District Court<br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-05604 SBA (DMR) |
| Plaintiff(s), | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO STRIKE AND REQUEST FOR SANCTIONS [DOCKET NO. 142]** |
| v. | |
| MYRIAD GROUP AG, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In accordance with the Honorable Saundra Brown Armstrong's August 25, 2014 Amended Order Withdrawing Reference and Re-Referring Matter Pursuant to ADR Local Rule 2-4 (Docket No. 184), Defendant Myriad Group, AG's motion to strike and request for sanctions (Docket No. 142) will be treated as if it were a formal ADR Local Rule 2-4 Complaint. The August 28, 2014 hearing on Defendant Myriad Group, AG's motion to strike and for sanctions is VACATED. The court will issue a tentative ruling on the matter, after which any party may request a hearing before the undersigned in accordance with ADR Local Rule 2-4(c). The court intends to issue further instructions regarding the treatment of past and future filings related to this ADR Complaint.

IT IS SO ORDERED.

Dated: August 27, 2014



_____
DONNA M. RYU
United States Magistrate Judge