UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No. C-10-05604 SBA (DMR) |
| Plaintiff, | **ORDER RE ADR COMPLAINT** |
| v. | |
| MYRIAD GROUP AG, | |
| Defendant. | |

The court directs the Clerk to remove the following docket entries from the docket in this matter and transfer them to the sealed docket for ADR Complaint No. 10-adr-5604: Docket Nos. 142, 150, 151, 158, 159, 161, 162, 163, 169, 170, 171, 172, 175, 176, and 177.  The Clerk shall also cause copies of Docket Nos. 168, 184, 185, and 186 to appear on the sealed docket for the ADR Complaint.  All further submissions regarding the allegation of violations of the ADR Local Rules in this matter shall bear case number 10-adr-5604, shall be addressed to the undersigned in care of the ADR Program, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, and shall not be filed.

IT IS SO ORDERED.

Dated:  August 28, 2014



_____
DONNA M. RYU
United States Magistrate Judge