| | |
|---|---|
| JEFFREY M. SHOHET, Bar No. 067529<br>jeffrey.shohet@dlapiper.com<br>BROOKE KILLIAN KIM, Bar No. 239298<br>brooke.kim@dlapiper.com<br>AMANDA FITZSIMMONS, Bar No. 258888<br>amanda.fitzsimmons@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel:  619.699.2700<br>Fax:  619.699.2701 | GEOFFREY M. EZGAR, Bar No. 184243<br>gezgar@kslaw.com<br>**KING & SPALDING LLP**<br>101 Second Street<br>Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300<br><br>Attorneys for Defendant<br>Myriad Group AG<br><br>[Additional Counsel Appear on Signature Pages] |

RUCHIKA AGRAWAL (Bar No. 246058)
ruchika.agrawal@oracle.com
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood Shores, CA 94065
Tel: 650.506.5200
Fax: 650.506.7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>MYRIAD GROUP AG,<br><br>           Defendant. | CASE NO.  10-CV-5604-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS** |

1  WHEREAS the parties to this lawsuit have executed a written settlement agreement
2  resolving all claims and disputes, THE PARTIES HEREBY STIPULATE between Plaintiff
3  Myriad Group AG and Defendant Oracle America, Inc. that all claims, including ADR Complaint
4  No. 10-adr-5604, be DISMISSED WITH PREJUDICE, each party to bear its own costs and
5  attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 22, 2014                    Dated:  September 22, 2014

DLA PIPER LLP (US)                             KING & SPALDING LLP


By: /s/ Jeffrey M. Shohet                      By:   /s/ Brian A. White
   JEFFREY M. SHOHET                              GEOFFREY M. EZGAR
   BROOKE KILLIAN KIM                             SCOTT T. WEINGAERTNER
   AMANDA FITZSIMMONS                             BRIAN A. WHITE
                                                   TIMOTHY J. SULLIVAN
Attorneys for Plaintiff
Oracle America, Inc.                           Attorneys for Defendant
                                               Myriad Group AG


Pursuant to the Parties' stipulation, **IT IS HEREBY ORDERED** that the case, including ADR Complaint No. 10-adr-5604, is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Date:

                                               _____
                                               Hon. Saundra Brown Armstrong
                                               U.S. District Court