| | |
|---|---|
| JEFFREY M. SHOHET, Bar No. 067529<br>jeffrey.shohet@dlapiper.com<br>BROOKE KILLIAN KIM, Bar No. 239298<br>brooke.kim@dlapiper.com<br>AMANDA FITZSIMMONS, Bar No. 258888<br>amanda.fitzsimmons@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Tel:  619.699.2700<br>Fax: 619.699.2701 | GEOFFREY M. EZGAR, Bar No. 184243<br>gezgar@kslaw.com<br>**KING & SPALDING LLP**<br>101 Second Street<br>Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300<br><br>Attorneys for Defendant<br>Myriad Group AG |

[Additional Counsel Appear on Signature Pages]

RUCHIKA AGRAWAL (Bar No. 246058)
ruchika.agrawal@oracle.com
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood Shores, CA 94065
Tel: 650.506.5200
Fax: 650.506.7114

Attorneys for Plaintiff
Oracle America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>MYRIAD GROUP AG,<br><br>            Defendant. | CASE NO.  10-CV-5604-SBA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL WITH**<br>**PREJUDICE OF CLAIMS** |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
(10-CV-5604-SBA)

WEST\250375170.1

WHEREAS the parties to this lawsuit have executed a written settlement agreement resolving all claims and disputes, THE PARTIES HEREBY STIPULATE between Plaintiff Myriad Group AG and Defendant Oracle America, Inc. that all claims, including ADR Complaint No. 10-adr-5604, be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 22, 2014

DLA PIPER LLP (US)

By: /s/ Jeffrey M. Shohet
    JEFFREY M. SHOHET
    BROOKE KILLIAN KIM
    AMANDA FITZSIMMONS

Attorneys for Plaintiff
Oracle America, Inc.

Dated:  September 22, 2014

KING & SPALDING LLP

By:  /s/ Brian A. White
    GEOFFREY M. EZGAR
    SCOTT T. WEINGAERTNER
    BRIAN A. WHITE
    TIMOTHY J. SULLIVAN

Attorneys for Defendant
Myriad Group AG

Pursuant to the Parties' stipulation, **IT IS HEREBY ORDERED** that the case, including ADR Complaint No. 10-adr-5604, is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Date:  9/23/2014

*[signature]*
Hon. Saundra Brown Armstrong
U.S. District Court